SCHUMAN, Appellant, v. SLEIGHT et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 25, 1908.) Action by Caroline Schuman against Peter R. Sleight and another, as executors, etc. No opinion. Judgment and order affirmed, with costs.

SCHWANAN, Appellant, v. TRUAX et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 11, 1908.) Action by Florence B. Schwanan against Edgar I. Truax and another. No opinion. Judgment unanimously affirmed, with costs.

SEARING et al., Respondents, v. LEE et al., Appellants. (Supreme Court, Appellate Division, First Department. December 11, 1908.) Action by Frederick F. Searing and others against George A. Lee and another. C. J. Hardy, for appellants. C. Norwood, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

SEARLE v. HALSTEAD & CO. (Supreme Court, Appellate Division, First Department. December 24, 1908.) Appeal from Trial Term, New York County. Action by Clifford N. Searle against Halstead & Co. From an order granting a bill of particulars, defendant appeals. Modified and affirmed. William H. Wadhams, for appellant. Philip B. Adams, for respondent.

PER CURIAM. The order appealed from should ·be modified, by striking out clause D. in that part of the order directing particulars as to the second separate and distinct defense, and by striking out subdivision E at the end of said order. As so modified, the order should be affirmed, with $10 costs and disbursements to the defendant to abide the event.

SENGEL, Appellant, v. DOREMUS et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 27, 1908.) Action by Emilla Sengel against Kathryne G. Doremus and others. No opinion. There has been nothing to prevent the plaintiff from having the premises readvertised, as directed in the order. Order affirmed, with $10 costs and disbursements.

SHAFRAN et al., Respondents, v. COHEN et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 27, 1908.) Action by Isidore Shafran and another against Moses Cohen and another. No opinion. Judgment of the Municipal Court modified, by deducting therefrom the sum of $10.80, and, as so modified, affirmed, without costs in this court to either party.

SHANNAHAN, Appellant, v. EMPIRE ENGINEERING CORPORATION, Respondent. (Supreme Court, Appellate Division, Third Department. November 11, 1908.) Action by Edward J. Shannahan, as administrator, etc., of Morris C. Shannahan, deceased, against the Empire Engineering Corporation. No opinion. Judgment unanimously affirmed, with costs.

SHAPIRO, Respondent, v. GRODNICK, Appellant. (Supreme Court, Appellate Division, Second Department. November 27, 1908.) Action by Jacob Shapiro against Jennie Grodnick. No opinion. Motion granted, with $10 costs, unless the defendant perfect her appeal, place the cause on the calendar in time for the next term of this court, and be ready for argument when reached, in which case the motion is denied.

SHAPIRO et al., Respondents, v. WEIR, Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1908.) Action by Zulkind Shapiro and Bertha Shapiro, a copartnership composing the firm of Z. & B. Shapiro, against ·Levi C. Weir, as president of the Adams Express Company. No opinion. Motion denied, without costs. See, also, 112 N. Y. Supp. 705.·

SHAW, Respondent, v. CHAPPELL, Appellant. (Supreme ·Court, Appellate Division, Third Department. November 11, 1908.) Action by George R. Shaw against James Chappell. No opinion. Judgment and order unanimously affirmed, with costs.

SHELDON, Appellant, v. SHELDON et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 25, 1908.) Action by Leonard Sheldon, Jr., against Benjamin Sheldon and another, as executors, etc., of Leonard Sheldon, deceased. No opinion. Motion denied.

SHUBERT v. LAUGHLIN et al. (Supreme Court, Appellate Division, First Department. December 11, 1908.) Appeal from Order Entered on Report of Referee. Action by Lee Shubert against John Laughlin and another. From an order confirming a referee's report, defendant Charles O. Maas appeals. Modified and affirmed. See, also, 122 App. Div. 701, 107 N. Y. Supp. 708. J. N. Tuttle, for appellant. N. G. Goldberger, for respondent Shubert. B. Cole, for respondent Laughlin.

PER CURIAM. The order appealed from should be modified, by directing that the matter be sent back to the referee to determine the amount of the disbursements and commissions of Receiver Maas, and that on the coming in and confirmation of that report the plaintiff pay to the receiver the amount of such commissions and disbursements so found. As so modified, the order should be affirmed, with $10 costs and disbursements to the appellant, Maas, against the respondent Shubert.

SILVER LAND IMPROVEMENT CO., Respondent, v. PELLETREAU, Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1908.) Action by the Silver Land Improvement Company against Vennette F. Pelletreau. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

SMITH. Respondent, v. BROWN BROS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 2, 1908.) Action by John J. Smith against the Brown Bros. Company. No opinion. Motion

for leave to appeal to Court of Appeals granted, and question for review certified.

SMITH, Respondent, v. BROWN BROS. Co., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 4, 1908.) Action by John J. Smith against the Brown Bros. Company. No opinion. Motion to amend order of affirmance, previously entered, denied, without costs.

SMITH, Respondent, v. D'ONOFRIO, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 4, 1908.) Action by Benjamin A. Smith against Gennarino D'Onofrio. No opinion. Judgment and order affirmed, with costs.

SMITH, Respondent, v. KOSTER, Appellant. (Supreme Court, Appellate Division, Second Department. November 27, 1908.) Action by Harry G. Smith against William Koster, Jr. No opinion. Judgment of the Municipal Court affirmed, with costs.

SMITH, Appellant, v. SMITH, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 4, 1908.) Action by Bertha B. Smith against George W. Smith. No opinion. Appeal dismissed, without costs, for the failure of appellant to file and serve papers as required by rule 41.

SMITH, Appellant, v. STORK et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 27, 1908.) Action by Ernst Smith against Emilie C. Stork and Reba Tyler Jackson, as administratrix of Susan M. Van Namee, deceased. No opinion. Motion denied, without costs. See, also, 126 App. Div. 355, 110 N. Y. Supp. 749.

SNYDER et al., Appellants, v. McEVOY, Respondent. (Supreme Court, Appellate Division, Second Department. November 20, 1908.) Action by George W. Snyder and another against John F. McEvoy. No opinion. Judgment of the Municipal Court affirmed, with costs.

SOLOMON v. ALEXANDER. (Supreme Court, Appellate Division, First Department. November 27, 1908.) Action by Morris Solomon against Sadie O. Alexander. No opinion. Motion denied, with $10 costs. Order filed.

SPADER, Respondent, v. SINGER, Appellant. (Supreme Court, Appellate Division, Second Department. November 27, 1908.) Action by Clinton Spader against Otto Singer. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the plaintiff was not in the employ of the defendant, as the first negotiation was ended and the plaintiff did not procure the exchange.

SPANIER, Respondent, v. LEVIN, Appellant. (Supreme Court, Appellate Division, Second Department. November 27, 1908.) Action by Michael Spanier against Max Levin. No opinion. Motion denied, without costs, and case placed at the foot of the calendar for this term of court.

SPANIER, Respondent, v. LEVIN, Appellant. (Supreme Court, Appellate Division, Second Department. December 3, 1908.) Action by Michael Spanier against Max Levin. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

SPINELLI v. JOHN H. PARKER CO. (Supreme Court, Appellate Division, First Department. November 27, 1908.) Action by Ameno Spinelli against the John H. Parker Company. No opinion. Motion denied, with $10 costs. Order filed.

SPOTTEN, Respondent, v. DE FREEST et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 11, 1908.) Action by John B. Spotten against William W. De Freest and another. No opinion. Order affirmed, with $10 costs and disbursements.

SPRAGUE, Respondent, v. LONG ISLAND R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 3, 1908.) Action by Albert J. Sprague against the Long Island Railroad Company. No opinion. The case as settled is in flagrant violation of the rule requiring the testimony to be reduced to narrative and greatly increased the work of reading it. The like should not occur. Judgment and order unanimously affirmed, with costs.

STANTON, Respondent, v. GLAVIN et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 11, 1908.) Action by Howard M. Stanton against John Glavin and another, composing the copartnership firm of John Glavin & Son.

PER CURIAM. Interlocutory judgment affirmed, with costs, with usual leave to defendant to withdraw demurrer and answer on payment of costs of demurrer in this court and at Special Term.

CHESTER, J., not sitting.

STAPP v. SCHENKER et al. (Supreme Court, Appellate Division, First Department. November 27, 1908.) Action by Darwin M. Stapp against Israel W. Schenker, impleaded with others. No opinion. Motion denied, with $10 costs. Settle order on notice.

STEEPACK v. DWORKOWITZ. (Supreme Court, Appellate Division, First Department. November 27, 1908.) Action by Peter Steepack against Anna Dworkowitz. No opinion. Motion denied. Settle order on notice.

STEVHENS, Respondent, v. KISIELEW-SKI et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 3, 1908.) Action by Anna Amelia Stevhens against Adam Kisielewski and others.

PER CURIAM. When the court took this case under consideration, it had the brief of the counsel for the appellants before it. Motion denied, without costs.